## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC CITIZEN, INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK,<br><br>   Defendant. | Civil Action No. 1:20-cv-01948-DLF |

## **MOTION TO WITHDRAW AS COUNSEL**

**PLEASE TAKE NOTICE THAT** counsel for Defendant National Railroad Passenger Corporation hereby moves the Court for an Order, pursuant to Local Rule 83.6, to allow Noah B. Bokat-Lindell to withdraw his appearance as counsel for Defendant National Railroad Passenger Corporation in the above-captioned matter because he will be leaving his employment at Jenner & Block LLP on September 17, 2021. Defendant National Railroad Passenger Corporation is ably represented in this matter by other counsel, and thus granting this motion will not unduly delay this case, prejudice any party, or be contrary to the interests of justice.

**WHEREFORE**, the undersigned counsel respectfully requests this Honorable Court enter the enclosed proposed Order granting the motion to withdraw.

Dated:  September 16, 2021   Respectfully submitted,

   */s/ Noah B. Bokat-Lindell*

Noah B. Bokat-Lindell (DC Bar No. 156032)
JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, DC 20001
(202) 639-6000
nbokat-lindell@jenner.com

1

*Attorney for Defendant National Railroad Passenger Corporation*

**CERTIFICATE OF SERVICE**

I, Noah Bokat-Lindell, hereby certify that a copy of the foregoing was served electronically by the Court CM/ECF system on September 16, 2021, upon all counsel of record.

By: */s/ Noah B. Bokat-Lindell*