UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC CITIZEN, INC., <br><br>    Plaintiff, <br><br> v. <br><br> NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK, <br><br>    Defendant. | Civil Action No. 1:20-cv-01948-DLF |

## JOINT STATUS REPORT

Pursuant to the Court's November 1, 2021 Minute Order, the parties, by and through undersigned counsel, respectfully submit the following status report:

1. On November 1, 2021, the parties filed a stipulation of dismissal advising the Court that they had reached agreement on attorney's fees and costs in settlement of this Freedom of Information Act (FOIA) action.

2. In the November 1, 2021 Minute Order, the Court dismissed this action and directed the parties to file a further status report to update the Court on the matter of attorney fees.

3. The parties hereby advise the Court that defendant has paid attorney fees and costs to plaintiff as set forth in the parties' agreement, and that no further action is required by either party pursuant to their agreement.

| | |
|---|---|
| Dated: November 10, 2021 | Respectfully submitted, |
| /s/ Nandan M. Joshi | /s/ Jessica Ring Amunson |
| Nandan M. Joshi (DC Bar No. 456750) | Jessica Ring Amunson (DC Bar No. 497223) |
| Public Citizen Litigation Group | JENNER & BLOCK LLP |
| 1600 20th Street NW | 1099 New York Ave. NW, Suite 900 |
| Washington, DC 20009 | Washington, DC 20001 |
| (202) 588-1000 | Tel. 202-639-6000 |
| njoshi@citizen.org | Fax: 202-639-6066 |
| | jamunson@jenner.com |
| *Counsel for Plaintiff Public Citizen, Inc.* | *Counsel for Defendant National Railroad Passenger Corporation* |